

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00430-CV

IN RE JOHNATHAN EUGENE COOPER                            RELATOR

----------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. CR09-0662

----------

### MEMORANDUM OPINION[1]

----------

Relator Johnathan Eugene Cooper filed a petition for writ of mandamus, contending that the trial court had abused its discretion by refusing to rule on his postconviction motion for DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.01(a-1) (West Supp. 2016). After we requested a response to the petition, the trial court granted relator's motion and ordered the Texas Department of Public Safety to conduct DNA analysis on certain items. Thus, because relator has obtained all of the relief that he sought in his mandamus petition, we dismiss the

---

[1]*See* Tex. R. App. P. 47.4.

petition as moot. *See In re Brown*, No. 02-13-00003-CV, 2013 WL 491931, at *1 (Tex. App.—Fort Worth Feb. 11, 2013, orig. proceeding) (mem. op.); *In re Jackson*, No. 01-12-00020-CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) ("Because relator has received the relief requested in his mandamus petition, we dismiss the petition for writ of mandamus as moot.").

PER CURIAM

PANEL:  LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DELIVERED:  December 19, 2016